## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

DAWN M. STEVENS f/k/a                    )
        DAWN M. AREY                  )
                         )
        Plaintiff,                       )
                         )   Case No. 2:07-cv-2194
PROGRESSIVE HALCYON INSURANCE            )
    COMPANY, formerly PROGRESSIVE       )
    CASUALTY INSURANCE COMPANY,          )
    an Ohio corporation, et al.          )
                         )
        Defendants.                      )

### ORDER

NOW PENDING before the Court is Plaintiff's Dismissal Without Prejudice of Defendant

Jerry Kane (Doc. #15)  The Court being fully advised in the matter, and for good cause shown,

**IT IS HEREBY ORDERED** that the claims asserted against Defendant Jerry Kane are

dismissed without prejudice.

Dated this 20th day of December, 2007.


s/ Kathryn H. Vratil
The Honorable Kathryn H. Vratil
District Judge