**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DAWN M. STEVENS f/k/a/ DAWN M. AREY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 2:07-CV-2194** |
| **v.** ) | |
| ) | |
| **PROGRESSIVE HALCYON INSURANCE** ) | |
| **COMPANY f/k/a/ PROGRESSIVE CASUALTY**) | |
| **INSURANCE COMPANY,** ) | |
| **et al.,** ) | |
| **Defendants.** ) | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION**
**FOR NEW TRIAL SETTING**

NOW, this 8th day of January, 2008, upon consideration of Defendant's Unopposed Motion for New Trial Setting (Doc. #19), the Court finds good cause for amending the date of the trial setting set forth in the scheduling order.

IT IS HEREBY ORDERED THAT the date of trial set forth in the Scheduling Order is changed from August 5, 2008 to August 19, 2008, at 9:30 a.m. Unless otherwise ordered, this is not a "special" or "No. 1" trial setting. Therefore, during the month preceding the trial docket setting, counsel should stay in contact with the trial judge's courtroom deputy to determine the day of the docket on which trial of the case actually will begin.

IT IS SO ORDERED.

Dated this 8th day of January, 2008.

                s/ Kathryn H. Vratil
                Kathryn H. Vratil
                United States District Judge