## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAWN M. STEVENS** f/k/a **DAWN M. AREY**  **Plaintiff,**  v.  **PROGRESSIVE HALCYON INSURANCE COMPANY, formerly PROGRESSIVE CASUALTY INSURANCE COMPANY, an Ohio corporation, et al.**  **Defendants.** | )  )  )  )  )  ) Case No. 2:07-cv-2194  )  )  )  )  )  )  ) |

### ORDER

NOW PENDING before the Court is Stipulation for Dismissal With Prejudice (Doc. #25). The Court being fully advised in the matter, and for good cause shown,

**IT IS HEREBY ORDERED** that all claims are dismissed with prejudice, each party to bear its own costs.

Dated this 3rd day of March, 2008.

s/ Kathryn H. Vratil
The Honorable Kathryn H. Vratil
District Judge